UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

|  |  |  |
|---|---|---|
| In Re Navarre Corporation Securities Litigation | ) ) ) | Civ. No. 05-1151-PAM/RLE |

**ORDER SETTING BRIEFING SCHEDULE**

WHEREAS, on July 14, 2005, Chief U.S. Magistrate Judge Jonathan Lebedoff entered an Order (hereinafter, the "July 14, 2005 Order") (Document 3, Case No. 0:05-cv-01211-PAM-RLE) pursuant to the Stipulation submitted by Plaintiff Vivian Oh and Navarre Corp. ("Navarre"), Eric H. Paulson and James Gilbertson, Brian T. Burke, Charles E. Cheney and Cary L. Deacon (collectively, "Defendants") stating that the Consolidated Amended Complaint shall be due forty-five (45) days after the Court's selection of lead plaintiff and lead counsel pursuant to 15 U.S.C. § 78u-4(a)(3)(b);

WHEREAS, the July 14, 2005 Order also stated that Defendants shall have thirty (30) days following the filing of the Consolidated Amended Complaint to answer or otherwise respond;

WHEREAS, the July 14, 2005 Order also stated that if Defendants move to dismiss the consolidated amended complaint, Plaintiffs shall have thirty (30) days from receipt to file their opposition thereto;

WHEREAS, the July 14, 2005 Order also provided that following receipt of Plaintiffs' opposition, Defendants would have fifteen (15) Days to file a reply brief;

WHEREAS, on December 12, 2005, the Honorable Paul A. Magnuson entered an Order (the "December 2005 Order") in the above-entitled matters, consolidating these matters and appointing the

Operating Engineers Construction Industry and Miscellaneous Pension Find and Grace W. Lai as Lead Plaintiffs;

WHEREAS, the December 2005 Order approved Lead Plaintiffs' selection of Lerach Coughlin Stoia Geller Rudman & Robbins, LLP as Lead Counsel and Reinhardt Wendorf & Blanchfield as Liaison Counsel;

WHEREAS, the December 2005 Order stated that Lead Counsel shall file a Consolidated Amended Complaint within thirty (30) days of entry of the Order;

WHEREAS, the December 2005 Order stated that Defendants would have thirty (30) days after the filing of the Consolidated Amended Complaint to answer, move or otherwise respond to it;

WHEREAS, the thirty-day period provided to Lead Counsel to prepare the Consolidated Amended Complaint pursuant to the December 2005 Order encompasses two holidays and a pre-existing vacation from one of Lead Counsel;

WHEREAS, the December 2005 Order does not set a schedule for Lead Plaintiffs' Opposition to Defendants' Motion to Dismiss and for Defendants' Reply in Support of Its Motion to Dismiss; and

WHEREAS, the Parties have met and conferred and agree that the briefing schedule proposed herein provides an appropriate and comprehensive schedule;

**IT IS HEREBY ORDERED** that

1. Lead Plaintiffs shall file a consolidated amended complaint within on or before February 3, 2005.

2. Defendants shall answer or otherwise respond to the consolidated amended complaint within thirty (30) days after service.

3.	If Defendants file any motion directed at the consolidated amended complaint, Lead Plaintiffs' opposition brief shall be filed within thirty (30) days of the filing of defendants' motion.

4.	Defendants' reply brief shall be filed within fifteen (15) days of the filing of Lead Plaintiffs' opposition brief.

                              BY THE COURT:

Dated: January  5 , 2006                s/Paul A. Magnuson
                                                   The Honorable Paul A. Magnuson
                                                   United States District Court Judge