UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re Navarre Corporation Securities Litigation

Civ. No. 05-1151 (PAM/RLE)

**ORDER**

---

This matter is before the Court on Plaintiffs' letter request to reschedule the hearing on Defendants' Motion to Dismiss, which is currently scheduled to be heard on April 20, 2006. As the briefing schedule currently stands, the reply memorandum is due only two days before the hearing. To conform with D. Minn. LR 7.1(b)(3), the hearing is rescheduled to Wednesday, May 10, 2006, at 2:00 p.m. Accordingly, based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the hearing on Defendants' Motion to Dismiss is rescheduled to May 10, 2006, at 2:00 p.m.

Dated: March 30, 2006

s/ Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge