UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In re NAVARRE CORPORATION SECURITIES LITIGATION | ) ) ) ) | Civ. No. 05-1151-PAM/RLE <br><br> CLASS ACTION |
| This Document Relates To: <br><br> ALL ACTIONS. | ) ) ) ) ) | ORDER SETTING BRIEFING SCHEDULE |

WHEREAS, on July 28, 2006, Lead Plaintiff filed a Second Amended Consolidated Complaint (Case No. 0:05-cv-01211-PAM-RLE);

WHEREAS, on August 9, 2006, Navarre Corp. ("Navarre"), Eric H. Paulson and James Gilbertson, Brian T. Burke, Charles E. Cheney and Cary L. Deacon (collectively, "Defendants"), served and filed a Notice of Motion to Dismiss Plaintiffs' Second Amended Consolidated Class Action Complaint ("Motion To Dismiss"), setting November 16, 2006 as the date for the hearing;

WHEREAS, the Parties have met and conferred and agree that the briefing schedule proposed herein provides an appropriate and comprehensive schedule to accommodate the Parties' and counsels' scheduling conflicts and timing issues; and

WHEREAS, the Parties' proposed briefing schedule does not change the hearing date;

**IT IS HEREBY ORDERED** that

1.  Defendants shall file and serve their motion to dismiss the Second Consolidated Amended Complaint on or before September 22, 2006.

2.  Lead Plaintiffs shall file any brief in opposition on or before October 24, 2006.

3.  Defendants' reply brief shall be filed on or before November 3, 2006.

4.  The Motion to Dismiss shall be heard at 9:30 a.m. on November 16, 2006 at Courtroom 4 in St. Paul before the Honorable Paul A. Magnuson.

BY THE COURT:

Dated: September 20, 2006   s/Paul A. Magnuson
                            The Honorable Paul A. Magnuson
                            United States District Court Judge