UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IN RE:                                                  CIVIL NO. 05-1151 (PAM/RLE)
NAVARRE CORPORATION
SECURITIES LITIGATION

This Document Relates to:

ALL ACTIONS

───────────────────────────────────────────────

REPORT AND RECOMMENDATION RE:
ORDER AWARDING ATTORNEYS' FEES AND EXPENSES

───────────────────────────────────────────────

The above matter came on for hearing before the undersigned on February 7, 2008 upon Plaintiffs' Motion for Application for Attorneys' Fees and Expenses [Docket No. 111]. Ellen G. Stewart, Esq. and Garrett D. Blanchfield, Jr., Esq. appeared on behalf of plaintiffs; Geoffrey P. Jarpe, Esq. appeared on behalf of defendants. The matter was referred to the undersigned by the District Court for a Report and Recommendation pursuant to 28 U.S.C. § 636 (b)(1)(B).

The Court, having considered all the papers filed and proceedings conducted herein, having found the settlement of this litigation to be fair, reasonable, and adequate and otherwise being fully informed in the premises and good cause appearing therefore;

IT IS HEREBY RECOMMENDED that Plaintiffs' Motion for Attorney Fees and Expenses [Docket No. 111] be granted and an Order be issued that reads as follows:

1.    All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation and Agreement of Settlement dated as of October 5, 2007 (the "Stipulation").

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all members of the Class who have not timely and validly requested exclusion.

3. The Court hereby awards Lead Counsel attorneys' fees of twenty-three and one-half percent of the Settlement Fund and expenses in an aggregate amount of $257,896.71 together with the interest earned thereon for the same time period and at the same rate as that earned on the Settlement Fund until paid. Said fees and expenses shall be allocated by Lead Counsel in a manner which, in their good-faith judgment, reflects each counsel's contribution to the institution, prosecution and resolution of the litigation. The Court finds that the amount of fees awarded is fair and reasonable under the "percentage-of-recovery" method.

4. The awarded attorneys' fees and expenses, and interest earned thereon, shall be paid to Lead Counsel from the Settlement Fund subject to the terms, conditions and obligations of the Stipulation and in particular ¶6.1 thereof, which terms, conditions, and obligations are incorporated herein.

Dated: February 13, 2008

*s/ Janie S. Mayeron*
JANIE S. MAYERON
United States Magistrate Judge

Pursuant to Local Rule 72.2(b), any party may object to this Report and Recommendation by filing with the Clerk of Court, and by serving upon all parties on or before March 3, 2008 a copy of this Report, written objections which specifically identify the portions of the Report to which objections are made and the bases for each objection.