# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In re NAVARRE CORPORATION SECURITIES LITIGATION | ) ) ) | Civ. No. 05-1151-PAM/RLE |
| | ) | CLASS ACTION |
| This Document Relates To: | ) ) ) | ORDER AWARDING ATTORNEYS' FEES AND EXPENSES |
| ALL ACTIONS. | ) ) | |

THIS MATTER having come before the Court on February 7, 2008, on the application of Plaintiffs' Counsel for an award of attorneys' fees and expenses incurred in the litigation; the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this litigation to be fair, reasonable, and adequate and otherwise being fully informed in the premises and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.      All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation and Agreement of Settlement dated as of October 5, 2007 (the "Stipulation").

2.      This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all members of the Class who have not timely and validly requested exclusion.

3.      The Court hereby awards Lead Counsel attorneys' fees of twenty-three and one-half percent of the Settlement Fund and expenses in an aggregate amount of $257,896.71 together with the interest earned thereon for the same time period and at the same rate as that earned on the Settlement Fund until paid.  Said fees and expenses shall be allocated by Lead Counsel in a manner which, in their good-faith judgment, reflects each counsel's contribution to the institution, prosecution and resolution of the litigation.  The Court finds that the amount of fees awarded is fair and reasonable under the "percentage-of-recovery" method.

4.      The awarded attorneys' fees and expenses, and interest earned thereon, shall be paid to Lead Counsel from the Settlement Fund subject to the terms, conditions and obligations of the Stipulation and in particular ¶6.1 thereof, which terms, conditions, and obligations are incorporated herein.

IT IS SO ORDERED.


DATED:  February 20, 2008              s/Paul A. Magnuson
                                        THE HONORABLE PAUL A. MAGNUSON
                                        UNITED STATES DISTRICT JUDGE